

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2022

No. 04-20-00267-CV

Joe Jesse **PONCE** III,
Appellant

v.

**COMMISSION FOR LAWYER DISCIPLINE**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-04768
Mary C. Brown, Judge Presiding

# O R D E R

After consideration, we **GRANT** appellant's motion for an extension of time to file a motion for rehearing. Appellant's motion for rehearing is due **on or before September 1, 2022. No further extensions will be granted absent extenuating circumstances.**

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2022.

_____
Michael A. Cruz,
Clerk of Court